UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America,
        Plaintiff


        v.

                                        Case Number: 09-cr-63-01-SM


Mento Nnana Kaluanya
        Defendant


O R D E R


Defendant Kaluanya's motion to continue the final pretrial conference and trial is granted  (document no. 28).  Trial has been rescheduled for the month of October  2009.  Defendant Kaluanya shall file a waiver of speedy trial rights not later than July 20, 2009.  On the filing of such waiver, his continuance shall be effective.

There being no objection by the government, the court will designate this case as a complex.   The parties will advised the clerk's office if they feel a status conference is necessary pursuant to LR 10.2 .

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial,

18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

     Final Pretrial Conference  is rescheduled for October 7, 2009  at

2:30  p.m. in  Room 421.

     Jury selection will take place on October 20, 2009  at 9:30 a.m.


     SO ORDERED.


                                Steven J. McAuliffe
                                   Chief Judge


July 9, 2009

cc:    Michael Iacopino, Esq.
       John J. Farley, AUSA
       U.S. Marshal
       U.S. Probation